**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUGARTOWN WORLDWIDE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHOP216466 STORE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03064<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Jeffrey Cole** |

**STATUS REPORT**

Plaintiff Sugartown Worldwide LLC ("Lilly Pulitzer" or "Plaintiff"), by its counsel, submit the following status report pursuant to this Court's Order [42]. Defendants were properly served, in accordance with this Court's Order [41] on July 28, 2021. *See* [43]. Certain defendants have been dismissed from this action. *See* [44]. More than 21 days have passed since Defendants were properly served and none of the Defendants have filed an answer or otherwise pled in this action. Plaintiff is concurrently filing a Motion for Entry of Default and Default Judgment as to the remaining Defendants that have not been dismissed.

Dated this 25th day of August 2021.	Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Sugartown Worldwide LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of August 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Suraj A. Palakshappa and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Sugartown Worldwide LLC*