# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUGARTOWN WORLDWIDE LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SHOP216466 STORE, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-03064<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Jeffrey Cole** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sugartown Worldwide LLC ("Plaintiff") hereby dismisses this action, with prejudice, as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| ZYXY | 23 |
| FYXUJIANPING | 35 |
| Chenliliflying | 46 |
| AMZYATELI | 61 |
| Rbette. F-U. | 65 |

Dated this 9th day of September 2021.    Respectfully submitted,

<u>/s/ Allyson M. Martin</u>
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Abby M. Neu
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
aneu@gbc.law

*Counsel for Plaintiff Sugartown Worldwide LLC*