# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUGARTOWN WORLDWIDE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SHOP216466 STORE, et al.,<br><br>        Defendants. | Case No. 21-cv-03064<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Jeffrey Cole** |

## **CERTIFICATE OF SERVICE**

I, Abby M. Neu, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Sugartown Worldwide LLC ("Lilly Pulitzer" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On September 8, 2021, this Court entered an Order [49] setting a response deadline of September 22, 2021, for Defendants to object to Plaintiff's Motion for Entry of Default and Default Judgment [46]. The Order [49] directed Plaintiff to serve a copy of the Order [49] upon all defendants and file a certificate of service on or before September 9, 2021.

3. I hereby certify that on September 8, 2021, I sent a copy of the Order [49] to Defendants by electronically publishing a link to a copy of the Order [49] on a website and sending a copy of the text of the Order [49] by email to the e-mail addresses identified in Exhibit 3 to the Declaration of Suraj A. Palakshappa and any email addresses provided for

1

Defendants by third parties. The email also included a link to said website with a link to a copy of the Order [49].

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of September 2021, at Chicago, Illinois.

/s/ Abby M. Neu\_
Abby M. Neu
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360 0080
aneu@gbc.law

*Counsel for Plaintiff Sugartown Worldwide LLC*