**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SUGARTOWN WORLDWIDE LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SHOP216466 STORE, et al.,<br><br>        Defendants. | Case No. 21-cv-3064<br><br>**Judge Joan B. Gottschall**<br><br>**Magistrate Judge Jeffrey Cole** |

**FINAL JUDGMENT ORDER**

      This action having been commenced by Plaintiff Sugartown Worldwide LLC ("Lilly Pulitzer" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the Seller Aliases identified on Schedule A attached hereto (collectively, the "Defaulting Defendants").

      This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

      Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

      Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Plaintiff's federally registered trademarks (the "Plaintiff's Trademarks") and/or bearing unauthorized copies of Plaintiff's federally registered copyrighted designs (the "Plaintiff's Copyrighted Designs") to residents of Illinois. Lists of Plaintiff's Trademarks and Plaintiff's Copyrighted Designs are included in the charts below.

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| 1,157,374 | LILLY PULITZER (word mark) | For: clothing, namely, jeans, pants, slacks, shirts, belts, jackets, skirts and shorts in class 025. |
| 1,926,195 | LILLY PULITZER (word mark) | For: jeans, pants, slacks, shirts, jackets, skirts, shorts, dresses, sweaters, blouses, swimwear, sleepwear, children's wear; namely, dresses in class 025<br><br>For: tote bags in class 018. |
| 1,990,353 | LILLY PULITZER (word mark) | For: agenda and notebook planner books in class 016.<br><br>For: handbags, umbrellas and knapsacks in class 018.<br><br>For: sleepwear, robes, footwear in class 025. |
| 3,620,844 | LILLY PULITZER | For: perfume, fragrances for personal use |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| | (word mark) | and body creams in class 003.<br><br>For: eyeglasses, sunglasses, and eyewear cases in class 009. |
| 2,152,933 | LILLY PULITZER (word mark) | For: belts, raincoats, headwear, namely, children's wear, namely, sweaters, blouses, shirts, skirts, jeans, pants, slacks and shorts in class 025. |
| 2,880,228 | LILLY PULITZER (word mark) | For: precious and non-precious jewelry and watches in class 014. |
| 4,832,850 | LILLY PULITZER (word mark) | For: cosmetics in class 003. |
| 4,111,667 | LILLY PULITZER (word mark) | For: protective covers and cases for cell phones, laptops and portable media players; Sunglass chains and cords in class 009.<br><br>For: bowls; drinking cups; drinking glasses, namely, tumblers; glass beverageware; Ice buckets; plastic water bottles sold empty; plates; portable coolers; reusable stainless steel water bottles sold empty; and serving trays in class 021. |
| 3,612,987 | *Lilly Pulitzer* (signature mark) | For: eyeglasses, sunglasses, eyewear cases, eyewear including women's and children's sunglasses and ophthalmic frames in class 009. |
| 3,686,521 | *Lilly Pulitzer* (signature mark) | For: clothing, namely, jeans, pants, slacks, shirts, belts, jackets, skirts, shorts, dresses, sweaters, blouses, swimwear, |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| | | gowns, sleepwear, robes, raincoats; children's wear, namely, dresses, sweaters, blouses, shirts, jeans, pants, slacks, and shorts; footwear in class 025. |
| 3,841,879 | *Lilly Pulitzer* (signature) | For: non-precious jewelry in class 014. |
| 4,729,221 | LUXLETIC (word mark) | For: dresses, pants, and shirts in class 025. |
| 5,768,102 | BABY LILLY (word mark) | For: dresses, jumpers, and shirts in class 025. |
| 4,108,919 | LITTLE LILLY (word mark) | For: dresses in class 025. |
| 5,765,823 | (circular design mark) | For: dresses, shirts, and swimwear in class 025. |
| 5,576,301 | (circular design mark) | For: dresses, pants, shirts, and shorts in class 025. |
| 3,958,316 | (circular design mark) | For: bags, namely, tote bags, handbags, knapsacks, beach bags, clutch bags, wallets in class 018.<br><br>For: clothing, namely, jeans, pants, slacks, shirts, belts, jackets, skirts, shorts, dresses, sweaters, blouses, footwear; men's clothing, namely, swim trunks, ties and boxer shorts; men's pants, sweaters, shirts in class 025. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | INTERNATIONAL CLASSES |
|---|---|---|
| | | For: retail stores featuring clothing, household linens, personal fragrance, home fragrance, stationery, sunglasses, shoes, clothing accessories, bags; on-line retail store featuring clothing, household linens, personal fragrance, home fragrance, stationery, sunglasses, shoes, clothing accessories, bags in class 035. |

| U.S. Copyright Registration No. | Work Title | Issue Date |
|---|---|---|
| VAu001033885 | "Spring 2011" | August 2, 2010 |
| VAu001103843 | "Fall 2012 VV4 Tusk In Sun" | May 9, 2012 |
| VAu001134491 | "Resort 2013 EJ8 Lulu" | May 15, 2013 |
| VAu001103576 | "Resort 2012 AR3 Crown Jewels" | May 7, 2012 |
| VAu001134623 | "Resort 2013 EK2 Feelin' Groovy" | May 15, 2013 |
| VAu001118082 | "Summer 2013 DA8 Let's Cha Cha Mini." | November 21, 2012 |
| VAu001201484 | "2015 Resort Fall KS9 Toucan Play" | February 13, 2015 |
| VAu001212013 | "2015 Resort LF9 Oh Shello" | May 12, 2015 |
| VAu001125283 | "Fall 2013 DS6 Hearts a Flutter" | February 13, 2013 |
| VAu001118290 | "Summer 2013 DQ7 She's a Firecracker" | November 21, 2012 |
| VAu001142080 | "Spring 2014 FE1 The Sea Soiree" | August 15, 2013 |
| VAu001153371 | "Summer 2014 GS1 Lobstah Roll" | November 27, 2013 |
| VAu001153389 | "Summer 2014 GK6 She She Shells" | November 26, 2013 |
| VAu001103512 | "Fall 2012 AAA Wild Confetti" | May 9, 2012 |
| VAu001103494 | "Fall 2012 SS6 Wild Confetti" | May 9, 2012 |
| VAu001291278 | "2018 Spring Final XP8 Catch the Wave" | August 28, 2017 |
| VAu001090664 | "Summer 2012 - Z14 You Gotta Regatta" | November 29, 2011 |
| VAu001134649 | "Resort 2013 E16 Mai Tai" | May 15, 2013 |
| VAu001232196 | "2016 Resort Fall GM8 Jellies Be Jammin" | August 13, 2015 |

5

| U.S. Copyright Registration No. | Work Title | Issue Date |
|---|---|---|
| VAu001324373 | "2019 Summer Initial Cracked Up" | June 28, 2018 |
| VAu001111221 | "Spring 2013 BX1 Lucky Charms Blue Full Blossom" | August 16, 2012 |
| VAu001232291 | "2016 Resort Fall OG2 Exotic Garden" | August 13, 2015 |
| VAu001189807 | "Summer 2015 KB6 Red Right Return" | November 13, 2014 |
| VAu001271341 | "2018 Spring Gumbo Limbo" | March 6, 2017 |
| VAu001200718 | "2016 Spring Initial MH3 Flamenco" | March 11, 2015 |
| VAu001200364 | "2016 Spring Initial MD6 La Playa" | March 10, 2015 |
| VAu001111219 | "Spring 2013 CB9 Ice Cream Social" | August 16, 2012 |
| VAu001157836 | "Fall 2014 HC2 Electric Feel" | February 24, 2014 |
| VAu001219943 | "2016 Summer NJ7 Lovers Coral" | June 12, 2015 |
| VAu001125294 | "Fall 2013 DY8 Bait and Switch" | February 26, 2013 |
| VAu001189684 | "Summer 2015 KD1 Casa Marina" | November 13, 2014 |
| VAu001238224 | "Spring 2017 Initial RI3 Guilty Pleasure" | March 1, 2016 |
| VAu001201471 | "2015 Resort Fall KT7 Private Island" | February 13, 2015 |
| VAu001308176 | "2018 Fall Final BE1 Mermaid Cove Engineered Skipper Dress Border" | February 23, 2018 |
| VAu001238724 | "2016 Resort Fall OE9 Psychedelic Sunshine" | February 18, 2016 |
| VAu001134489 | "Resort 2013 FD8 Written in the Sun" | May 15, 2013 |
| VAu001315214 | "2019 Spring Initial Kaleidoscope Coral" | March 9, 2018 |
| VAu001315218 | "2019 Spring Initial Maybe Gator" | March 9, 2018 |
| VAu001301910 | "2018 Resort Initial Half Shell" | November 22, 2017 |
| VAu001315632 | "2019 Spring Initial Sway This Way" | March 9, 2018 |
| VAu001301968 | "2018 Resort Initial Zest For Life" | November 22, 2017 |
| VAu001330726 | "2019 Spring Final 101378 Call My Shell Phone Engineered Swim One Piece Front" | August 16, 2018 |
| VAu001330730 | "2019 Spring Final 101379 Call My Shell Phone Engineered Swim Bikini Bottom" | August 16, 2018 |
| VAu001315624 | "2019 Spring Initial Sway This Way Engineered Swim" | March 9, 2018 |
| VAu001329738 | "2019 Spring Final 401975 Sway This Way Engineered Tote" | August 16, 2018 |
| VAu001298817 | "2018 Resort Initial Postcard From Positano" | November 22, 2017 |
| VAu001232291 | "2016 Resort Fall OG2 Exotic Garden" | August 13, 2015 |
| VAu00988604 | "Lilly Pulitzer Resort 2009" | January 7, 2009 |

| U.S. Copyright Registration No. | Work Title | Issue Date |
|---|---|---|
| VAu001232261 | "2016 Resort Fall OF9 Island Time" | August 13, 2015 |
| VAu001255489 | "2016 Resort PE7 Safari Sighted" | May 27, 2016 |
| VAu001103578 | "Resort 2012 AR6 Moving Slowly" | May 7, 2012 |
| VAu001153454 | "Summer 2014 GM8 Jellies Be Jammin" | November 26, 2013 |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and other persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using Plaintiff's Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's product or not authorized by Plaintiff to be sold in connection with Plaintiff's Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Plaintiff's Copyrighted Designs in any manner without the express authorization of Plaintiff;

7

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff's product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's Trademarks and/or the Plaintiff's Copyrighted Designs;

    d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    e. further infringing the Plaintiff's Trademarks and/or the Plaintiff's Copyrighted Designs and damaging Plaintiff's goodwill; and

    f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff's Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Plaintiff's Copyrighted Designs.

2. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Plaintiff's Trademarks on products sold through at least the Seller Aliases. The five hundred thousand dollar ($500,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

3. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the Plaintiff's Copyrighted Designs. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

4. Plaintiff may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), Alipay, Alibaba Group Holding Ltd. ("Alibaba"), Ant Financial Services Group ("Ant Financial"), and Amazon Pay, by e-mail delivery to the e-mail addresses Plaintiff used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Alipay, Alibaba, Ant Financial, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7.     The ten thousand dollar ($10,000) surety bond posted by Plaintiff, is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: October 4, 2021

                                              /s/
                                      Joan B. Gottschall
                                      United States District Judge

Sugartown Worldwide LLC v. Shop216466 Store, et al., - Case No. 21-cv-03064

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | Shop216466 Store | 2 | Shop2397041 Store |
| 3 | Shop3662054 Store | 4 | JiangXiaoBai Store |
| 5 | YUN MI LACE Store | 6 | Shop5876912 Store |
| 7 | Mother&Baby Dropshipping Store | 8 | LSQDVQ WLIN Store |
| 9 | LASS Life Store | 10 | FDL customize Store |
| 11 | Painting Dreams Store | 12 | ChenMeng Store |
| 13 | Ismael Store | 14 | yirunhome Store |
| 15 | Shop911508016 Store | 16 | Summy Phonecase Store |
| 17 | HLoong123 | 18 | haonimamm |
| 19 | JiYuanShiJinBeiBeiTuoYuYouXianGongSi | 20 | Jully Satt |
| 21 | BaBaYev | 22 | Yeap-Blues |
| 23 | DISMISSED | 24 | ZeBikini |
| 25 | IONETWOU | 26 | Liangfengyouxin |
| 27 | BHRETI | 28 | ElenaWX |
| 29 | chiniceco | 30 | Chitu 64 |
| 31 | MichelleMSammons | 32 | henanyuanshu |
| 33 | Axiumun | 34 | Jackdaine |
| 35 | DISMISSED | 36 | Tezcadey |
| 37 | PiZhouShiHeJXi156 | 38 | uzhiweibaih140 |
| 39 | P.LOTOR Group | 40 | Link-Self |
| 41 | xiancc66 | 42 | TheBigChicken |
| 43 | Fashion Casual | 44 | Redclawcrab |
| 45 | Specification Display | 46 | DISMISSED |
| 47 | PinShangMaoY157 | 48 | umer6r5 |
| 49 | chengxiangqu longqiao linzongshi xiemaodian | 50 | Wanqiu Zhe |
| 51 | MEEROOM | 52 | YEEKION |
| 53 | Eastern Mountain | 54 | Jojo Homeland |
| 55 | MOSPENG | 56 | NEWpapa |
| 57 | Laurel Marcus | 58 | aliceeverdeenvo |
| 59 | Frewinya | 60 | yizhuoshangmao |
| 61 | DISMISSED | 62 | fanfanfuzhuan141 |
| 63 | Sha De Bu De Liao | 64 | Be Charmant |
| 65 | DISMISSED | 66 | Jocelina |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/216466 | 2 | aliexpress.com/store/2397041 |
| 3 | aliexpress.com/store/3662054 | 4 | aliexpress.com/store/4998363 |
| 5 | aliexpress.com/store/5079557 | 6 | aliexpress.com/store/5876912 |
| 7 | aliexpress.com/store/5878807 | 8 | aliexpress.com/store/5879340 |
| 9 | aliexpress.com/store/713781 | 10 | aliexpress.com/store/811306 |
| 11 | aliexpress.com/store/910349030 | 12 | aliexpress.com/store/910355073 |
| 13 | aliexpress.com/store/910767019 | 14 | aliexpress.com/store/910882009 |
| 15 | aliexpress.com/store/911508016 | 16 | aliexpress.com/store/911929109 |
| 17 | amazon.com/s?me=A37IIFG23TGAPW | 18 | amazon.com/sp?seller=A125TTJ440GIHL |
| 19 | amazon.com/sp?seller=A13A6QB1C4CXD8 | 20 | amazon.com/sp?seller=A16THQ6NHD4P1V |
| 21 | amazon.com/sp?seller=A17XH8ES8W3HXZ | 22 | amazon.com/sp?seller=A19X0HFV8BB1ME |
| 23 | DISMISSED | 24 | amazon.com/sp?seller=A1E5GYJRI9FSQ7 |
| 25 | amazon.com/sp?seller=A1H9PTUXK1EEVR | 26 | amazon.com/sp?seller=A1L6N61F4GKFS3 |
| 27 | amazon.com/sp?seller=A1LXCSQOGCI8EI | 28 | amazon.com/sp?seller=A1LXPK1D8X1E69 |
| 29 | amazon.com/sp?seller=A1QQULLKDJ71L5 | 30 | amazon.com/sp?seller=A1US1ICLVMRWEK |
| 31 | amazon.com/sp?seller=A1US4TD3L86VSF | 32 | amazon.com/sp?seller=A1VYA9U97MZXV0 |
| 33 | amazon.com/sp?seller=A1W8SAE48CULOA | 34 | amazon.com/sp?seller=A1WTY0RO3ZBDI |
| 35 | DISMISSED | 36 | amazon.com/sp?seller=A24SFNBG8TP743 |
| 37 | amazon.com/sp?seller=A27J7O33EG59DV | 38 | amazon.com/sp?seller=A2A05T6XUZBZT3 |
| 39 | amazon.com/sp?seller=A2B0GUM59TNIH2 | 40 | amazon.com/sp?seller=A2BG5DPM5R15YP |
| 41 | amazon.com/sp?seller=A2FW68YU9364FD | 42 | amazon.com/sp?seller=A2HWG0LPGFW33H |
| 43 | amazon.com/sp?seller=A2QDO1HTNSGS34 | 44 | amazon.com/sp?seller=A2RAOBDYT11X5Q |
| 45 | amazon.com/sp?seller=A37A930X0DYCEP | 46 | DISMISSED |
| 47 | amazon.com/sp?seller=A3AO442SMDTWD1 | 48 | amazon.com/sp?seller=A3CLSASWFZ2GOA |
| 49 | amazon.com/sp?seller=A3DKHNOZSLKNUI | 50 | amazon.com/sp?seller=A3JA576ISS48VE |
| 51 | amazon.com/sp?seller=A3JI6P6CYMNW8N | 52 | amazon.com/sp?seller=A3UL5WRJF1V6IW |
| 53 | amazon.com/sp?seller=A47BG0BGJ0D7R | 54 | amazon.com/sp?seller=AAFGRN3AP46MN |
| 55 | amazon.com/sp?seller=AB88HDWNKCGH2 | 56 | amazon.com/sp?seller=ADI8JO2X1CIWL |
| 57 | amazon.com/sp?seller=AJY5B9NM0I6D2 | 58 | amazon.com/sp?seller=AKITLO3WATQTY |
| 59 | amazon.com/sp?seller=AKUQ34XTRMAAL | 60 | amazon.com/sp?seller=AO3S0P4DXQ31D |
| 61 | DISMISSED | 62 | amazon.com/sp?seller=APY7OLRA3TIP0 |
| 63 | amazon.com/sp?seller=AROVLETJW6R1S | 64 | amazon.com/sp?seller=AWEP495TUJU02 |
| 65 | DISMISSED | 66 | amazon.com/sp?seller=AYF7SNXV7EFLS |